# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN  
RICHARD D. WILLSTATTER

(914) 948-5656  
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

September 12, 2023

Hon. Vincent L. Briccetti  
United States District Court  
300 Quarropas Street  
White Plains, New York 10601

**APPLICATION GRANTED**  
**SO ORDERED:**  
_____  
Vincent L. Briccetti, U.S.D.J.  
Dated: 9/13/2023  
White Plains, NY

Re: *United States v. Kentley Thomas*  
23 Cr. 268 (VB)

Dear Judge Briccetti:

This is an application to modify the conditions of release for Kentley Thomas so as to eliminate the requirement of location monitoring and home detention.

On November 3, 2022, Mr. Thomas was released on a $50,000 personal recognizance bond with home detention/location monitoring. Mr. Thomas is currently in full compliance with his release conditions. He has negative tests for the use of marijuana and is now employed.

Pretrial Officer Barrios consents to ending location monitoring and home detention. The government does not oppose this application and instead takes no position.

Very truly yours,

/s/ Richard D. Willstatter  
RICHARD D. WILLSTATTER

cc: Stephanie Simon  
Benjamin Klein  
Assistant U.S. Attorney (by ECF)

Leo Barrios  
United States Pretrial Officer (By email)