# Green & Willstatter
### ATTORNEYS AT LAW
### 200 MAMARONECK AVENUE
### SUITE 605
### WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN  
RICHARD D. WILLSTATTER

(914) 948-5656  
FAX (914) 948-8730  
E-MAIL: WILLSTATTER@MSN.COM

November 17, 2023

Hon. Vincent L. Briccetti  
United States District Court  
300 Quarropas Street  
White Plains, New York 10601

Re: *United States v. Kentley Thomas*  
23 Cr. 268 (VB)

Dear Judge Briccetti:

This is an application to continue the defendant's self-surrender date from December 1 to Friday, December 29, 2023.

Mr. Thomas has not been notified of any designation to date. December 1, 2023 is just two weeks away. Mr. Thomas's apartment lease continues through the month of December, so he will need to pay for the month of December if he is not designated to a correctional facility before the end of November. I understand Mr. Thomas is in compliance with the term of his release.

On November 15, 2023, the government was asked whether it would oppose this motion. The prosecutor responded that day that the government would ask for an update on the status of Mr. Thomas's designation. No further response has been received.

Very truly yours,

/s/ Richard D. Willstatter  
RICHARD D. WILLSTATTER

cc: Stephanie Simon  
Benjamin Klein  
Assistant U.S. Attorneys

---

**APPLICATION GRANTED**  
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.  
Dated: 11/20/2023  
White Plains, NY

Defendant's self-surrender date is continued to 12/29/2023

11/20/23