UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
UNITED STATES OF AMERICA :
: **ORDER**
v. :
: 23 CR 268 (VB)
KENTLEY THOMAS, :
Defendant. :
---------------------------------------------------x

By letter motion dated August 12, 2026, defendant Kentley Thomas requests early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1). The Probation Department supports the application, but the government opposes it.

The request is GRANTED.

Having reviewed defendant's application for early termination and considered the factors identified in 18 U.S.C. § 3583(e), and having consulted with the government and defendant's probation officer, the Court is satisfied that early termination of supervised release is warranted by defendant's conduct and the interest of justice.

Defendant has served approximately 20 months of his three-year term of supervised release following completion of a 21-month term of imprisonment. According to his probation officer, defendant (1) participated in and completed a drug education program while in prison; (2) has had a favorable adjustment to supervised release, by maintaining a stable residence and stable employment, by remaining drug-free, and by otherwise remaining in compliance with the conditions of supervised release; (3) has been transferred to the administrative caseload with minimal reporting requirements; and (4) has demonstrated his ability to lawfully self-manage beyond the remaining period of supervision. In addition, according to defense counsel, defendant maintains close, supportive relationships with his family and friends, and has concrete long-term personal and professional goals.

The government responds that the seriousness of the offense "weighs heavily against early termination" and that defendant's prior criminal record necessitates continued supervision in order to afford adequate deterrence and protect the public; the government otherwise acknowledges the indicia of defendant's favorable adjustment.

The crime was serious. But the Court is persuaded that early termination is nevertheless warranted by defendant's conduct and the interest of justice. The purpose of supervised release is to rehabilitate, not to punish. Defendant has been punished with a significant jail term. Looking forward, if defendant is indeed able to lawfully self-manage beyond the period of his supervision, he has been rehabilitated. No one has a crystal ball, but, based on defendant's conduct so far, the Court is confident he will not re-offend.

Supervision is terminated effective September 10, 2026, in order to give defendant's probation officer an opportunity to meet or otherwise communicate with defendant and provide whatever guidance the probation officer believes is appropriate under the circumstances.

Accordingly, it is hereby ORDERED that supervised release is terminated, and defendant Kentley Thomas is discharged therefrom, effective September 10, 2026.

Chambers will provide a copy of this Order to the Probation Department.

The Clerk is instructed to terminate the motion. (Doc. #73).

Dated: August 27, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge